IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD J. COCHRAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-1386 (MN) |
| | ) |
| DELAWARE DEPARTMENT OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 17th day of June 2025;

WHEREAS, on May 2, 2025, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 13) in this action recommending that: (1) the Court dismiss without prejudice the claims against Centurion, a contract medical provider to the Delaware Department of Corrections ("DDOC") and M.P.A. Mwga Williams, a DDOC employee (collectively, "the Medical Defendants"), (2) Plaintiff's motion for appointment of counsel be denied without prejudice, and (3) Plaintiff be given leave to file an Amended Complaint to cure the deficiencies outlined in the Report; and

WHEREAS, Plaintiff did not file objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (D.I. 13) is ADOPTED.

2. Plaintiff's claims against the Medical Defendants are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

3. Plaintiff's motion to appoint counsel (D.I. 11) is DENIED without prejudice.

4.	Plaintiff is granted leave to file an Amended Complaint on or before July 17, 2025 to correct the deficiencies outlined in the Report and Recommendation.

5.	Should Plaintiff fail to file an Amended Complaint in the time prescribed, the Clerk of Court shall CLOSE this case.

_Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Judge